UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

February 2, 2000

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

Leonard J. Sperling, Esquire
Rhonda I. Framm, Esquire
Sperling & Framm
1777 Reisterstown Road, Suite 212
Baltimore, Maryland 21208

Michael T. Wharton, Esquire
Julia R. Arfaa, Esquire
Wharton, Levin, Ehrmantraut, Klein & Nash
104 West Street
Post Office Box 551
Annapolis, Maryland 21401-0551

RE:   Sharon Neal, et al v. Kevin Dobson, et al
      Civil Action No.: S-98-2865

Dear Counsel:

The above referenced case has been referred to a Magistrate Judge for all proceedings, with consent of the parties, pursuant to 28 U.S.C. § 636(c) on April 14, 1999. I am therefore scheduling a Status/Scheduling Conference for Thursday, February 24, 2000 at 1:30 p.m., in my chambers, Room 820.

Very truly yours,

Paul W. Grimm
United States Magistrate Judge

PWG/jnf
Court File